# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************

CR-07-00021                                                June 22, 2007
                                                           11:00 a.m.

## UNITED STATES OF AMERICA -V- PETER M. ROGOLIFOI

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O' MALLEY, ASSISTANT U.S. ATTORNEY
           JOSEPH CAMACHO, ATTORNEY FOR DEFENDANT
           PETER M. ROGOLIFOI, DEFENDANT

PROCEEDINGS:   **WAIVER OF INDICTMENT; FILING OF INFORMATION AND ENTRY OF PLEA**

Defendant appeared with court appointed counsel, Attorney Joseph Camacho. Government was represented by Eric O'Malley, AUSA.

Government moved to **unseal** the case. Court so ordered

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Waiver of Indictment and Plea.

Defendant stated that he wished to waive the indictment and enter a plea to the charges in the information. The defendant and his counsel signed the waiver in open court. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered that a Presentence Investigation Report be submitted by Tuesday, August 21, 2007 and that the **Sentencing hearing be set for Tuesday, September 25, 2007 at 9:30 a.m.**

Government moved that the defendant be retained or that he could be released with conditions. No argument from Defense.

Court ordered that the defendant be remanded into the custody of the U.S. Marshal.

Adjourned at 11:45 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy