FILED
Clerk
District Court

JUN 22 2007

UNITED STATES DISTRICT COURT For The Northern Mariana Islands
FOR THE
NORTHERN MARIANA ISLANDS

By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 07-00021 |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING SENTENCING DATE |
| PETER M. ROGOLIFOI, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **August 21, 2007.** Sentencing is scheduled for **Tuesday, September 25, 2007** commencing at the hour of nine-thirty o'clock a.m.

DATED this 22nd day of June, 2007.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)