```
                                                    F I L E D
                                                       Clerk
                                                    District Court

                                                    SEP 21 2007
```

1 | LEONARDO M. RAPADAS
United States Attorney
2 | ERIC O'MALLEY
Assistant United States Attorney
3 | DISTRICT OF THE NORTHERN MARIANA ISLANDS
Horiguchi Building, Third Floor
4 | P. O. Box 500377
Saipan, MP 96950-0377
5 | Telephone: (670) 236-2980
Fax: (670) 236-2985

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00021 |
| Plaintiff, | ) | |
| | ) | **STIPULATION RESCHEDULING SENTENCING** |
| vs. | ) | |
| PETER M. ROGOLIFOI, | ) | DATE: Monday, September 24, 2007 |
| | ) | TIME: 3:00 p.m. |
| Defendant. | ) | |

This criminal case is presently scheduled for Sentencing on September 25, 2007 at 9:30 a.m. The parties hereby stipulate and agree that the Sentencing in this matter be rescheduled to September 24, 2007 at 3:00 p.m.

DATED: 9/21/07

_____
JOSEPH N. CAMACHO
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

By,

DATED: 9/21/07

_____
ERIC O'MALLEY
Assistant U.S. Attorney