|   |   |
|---|---|
| 1 | LEONARDO M. RAPADAS |
|   | United States Attorney |
| 2 | ERIC S. O'MALLEY |
|   | Assistant United States Attorney |
| 3 | DISTRICT OF THE NORTHERN MARIANA ISLANDS |
| 4 | Horiguchi Building, Third Floor |
|   | P. O. Box 500377 |
| 5 | Saipan, MP 96950-0377 |
|   | Telephone: (670) 236-2980 |
| 6 | Fax: (670) 236-2985 |

```
FILED
Clerk
District Court

SEP 21 2007

For The Northern Mariana Islands
By_____
         (Deputy Clerk)
```

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00021 |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **ORDER** |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| PETER M. ROGOLIFOI | ) |  |
|  | ) |  |
| Defendant. | ) |  |

It is hereby ordered that Sentencing in Criminal Case Numbers 07-00021 be rescheduled from September 25, 2007 at 9:30 a.m. to September 24, 2007 at 3:00 p.m.

DATED: 9-21-07

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of
the Northern Mariana Islands

**RECEIVED**

SEP 2 1 2007

Clerk
District Court
The Northern Mariana Islands